UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| DONNA LINARDO, | Case No. 2:17-cv-01372-RFB-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| WAL-MART STORES, INC., et al., | |
| Defendants. | |

Before the court is defendant Wal-Mart Stores, Inc.'s Emergency Motion to Compel Fed. R. Civ. P. 35 Independent Medical Examination of Plaintiff (ECF No. 35) which was filed at 5:07 p.m. on October 31, 2017 requesting an emergency hearing on November 1, 2017.

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The request for an emergency hearing on November 1, 2017 is **DENIED** as the request was made on extremely short notice to the court and opposing counsel and during the court's criminal duty week.
2. Plaintiff shall have until **November 14, 2017**, to respond to the motion to compel. Defendant shall have until November 21, 2017 to file a reply.
3. A hearing on the Motion to Compel (ECF No. 35) is set for **9:30 a.m., November 28, 2017** in <u>Courtroom 3D</u>. The court will consider any request for an adjustment of the deadline to disclose experts implicated by the motion to compel at the hearing.

DATED this 1st day of November, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE