| | |
|---|---|
| 1 | ROBERT K. PHILLIPS |
| | Nevada Bar No. 11441 |
| 2 | BETSY C. JEFFERIS |
| | Nevada Bar No. 12980 |
| 3 | **PHILLIPS, SPALLAS & ANGSTADT LLC** |
| 4 | 504 South Ninth Street |
| | Las Vegas, Nevada 89101 |
| 5 | (702) 938-1510 |
| | rphillips@psalaw.net |
| 6 | bjefferis@psalaw.net |
| 7 | |
| | *Attorneys for Defendant* |
| 8 | *Wal-Mart Stores, Inc.* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DONNA LINARDO,

          Plaintiff,

v.

WAL-MART STORES, INC., READDY ICE CORPORATION; DOES I -X, inclusive; and ROE CORPORATIONS I - X, inclusive,

          Defendants.

Case No.: 2:17-cv-01372-RFB-PAL

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DATE FOR FILING JOINT PRETRIAL ORDER**

WHEREAS, pursuant to the order of this Court (Doc. #28), the parties were to file a Joint Pretrial Order on or before March 13, 2018; and

WHEREAS, on February 21, 2018, the Court ordered Defendant Walmart to produce: (1) Each retained experts' 1099 for Walmart within the last four years; and (2) deposition testimony for each expert within the last four years for all Walmart cases handled by Phillips, Spallas, & Angstadt, LLC, which Walmart or its expert has in their possession.

Defense counsel has until March 13, 2018 to produce said documents; and thus, the parties wish to utilize this information in preparation of the Joint Pretrial Order;

IT IS HEREBY STIPULATED AND AGREED by and between Betsy C. Jefferis, Esq. of the law firm of PHILLIPS, SPALLAS & ANGSTADT LLC, Attorneys for Defendant Wal-Mart Stores, Inc.

and Douglas M. Cohen, Esq. of WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP, Attorneys for Plaintiff Donna Linardo, as follows:

That the deadline for filing the Joint Pretrial Order be extended to April 13, 2018.

DATED this 21 day of February, 2018.　　　DATED this 21 day of February, 2018.

/s/ Doug Cohen　　　　　　　　　　　　/s/ Betsy C. Jefferis

DOUG COHEN, ESQ.　　　　　　　　　ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 1214　　　　　　　　　　Nevada Bar No. 11441
WOLF, RIFKIN, SHAPIRO, SCHULMAN　BETSY C. JEFFERIS, ESQ.
& RABKIN, LLP　　　　　　　　　　　　Nevada Bar No. 12980
3556 E. Russel Rd., 2nd Floor　　　　　　PHILLIPS SPALLAS & ANGSTADT LLC
Las Vegas, Nevada 89120　　　　　　　　504 South Ninth Street
　　　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89101

*Attorneys for Plaintiff*　　　　　　　　　*Attorneys for Defendant*
*Donna Linardo*　　　　　　　　　　　　*Wal-Mart Store, Inc.*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 23, 2018

- 2 -

# CERTIFICATE OF SERVICE

Pursuant to FRCP Rule 5, I hereby certify that I am an employee of the law firm PHILLIPS, SPALLAS & ANGSTADT, LLC, and that on this 21 day of February, 2018, I electronically served a copy of **STIPULATION AND [PROPOSED] ORDER** as follows:

☐ By facsimile addressed to the following counsel of record, at the address listed below;

☐ By placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☐ By Hand Delivery (ROC); and/or

☒ By Electronic Service through CM/ECF to:

| ATTORNEY OF RECORD | TELEPHONE/FAX | PARTY |
|---|---|---|
| DOUGLAS M. COHEN, ESQ.<br>Nevada Bar No. 1214<br>WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP<br>3556 E. Russell Rd., 2nd Floor<br>Las Vegas, NV 89120 | Phone (702) 341-5200<br>Fax (702) 341-5300 | Plaintiff |

_____
An Employee of PHILLIPS, SPALLAS & ANGSTADT LLC