1  ROBERT K. PHILLIPS
   Nevada Bar No. 11441
2  BETSY C. JEFFERIS
   Nevada Bar No. 12980
3  **PHILLIPS, SPALLAS & ANGSTADT LLC**
4  504 South Ninth Street
   Las Vegas, Nevada 89101
5  (702) 938-1510
   rphillips@psalaw.net
6  bjefferis@psalaw.net

7  *Attorneys for Defendant
   Wal-Mart Stores, Inc.*
8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONNA LINARDO,<br><br>    Plaintiff,<br>v.<br><br>WAL-MART STORES, INC., READDY ICE CORPORATION; DOES I -X, inclusive; and ROE CORPORATIONS I - X, inclusive,<br><br>    Defendants. | Case No.: 2:17-cv-01372-RFB-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DATE FOR FILING JOINT PRETRIAL ORDER (SECOND REQUEST)** |

WHEREAS, pursuant to the order of this Court (Doc. #56), the parties were to file a Joint Pretrial Order on or before April 13, 2018; and

WHEREAS, on March 13, 2018, the Court Defendant Walmart to produced: (1) Each retained experts' invoices within the last four years and proof of payment; and (2) deposition testimony for each expert within the last four years for all Walmart cases handled by Phillips, Spallas, & Angstadt, LLC, which Walmart or its expert has in their possession.  Based on the voluminous amount of documents produced by Defendant Walmart, Plaintiff's counsel is in the process of reviewing the same for utilization in the pre trial order.  Plaintiff's counsel has also advised Plaintiff continues to undergo psychiatric treatment in support of her allegations of pain and suffering that Plaintiff's counsel would like to utilize in preparation of the Pretrial Order.  Lastly, the parties are continuing

informal settlement negotiations in an attempt to engage in a resolution prior to any significant pre-trial preparation.;

IT IS HEREBY STIPULATED AND AGREED by and between Betsy C. Jefferis, Esq. of the law firm of PHILLIPS, SPALLAS & ANGSTADT LLC, Attorneys for Defendant Wal-Mart Stores, Inc. and Douglas M. Cohen, Esq. of WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP, Attorneys for Plaintiff Donna Linardo, as follows:

That the deadline for filing the Joint Pretrial Order be extended to July 13, 2018.

DATED this 22nd day of March, 2018.　　　　DATED this 22nd day of March, 2018.

*/s/ Doug Cohen*　　　　　　　　　　　　　　*/s/ Betsy Jefferis*

_____　　　　_____
DOUG COHEN, ESQ.　　　　　　　　　　　ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 1214　　　　　　　　　　　Nevada Bar No. 11441
WOLF, RIFKIN, SHAPIRO, SCHULMAN　BETSY C. JEFFERIS, ESQ.
& RABKIN, LLP　　　　　　　　　　　　　Nevada Bar No. 12980
3556 E. Russel Rd., 2nd Floor　　　　　　　PHILLIPS SPALLAS & ANGSTADT LLC
Las Vegas, Nevada 89120　　　　　　　　 504 South Ninth Street
　　　　　　　　　　　　　　　　　　　　 Las Vegas, Nevada 89101

*Attorneys for Plaintiff*　　　　　　　　　　*Attorneys for Defendant*
*Donna Linardo*　　　　　　　　　　　　　*Wal-Mart Store, Inc.*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** March 30, 2018