1 **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
  DOUGLAS COHEN, ESQ.
2 Nevada Bar No. 1214
  3556 E. Russell Road, Second Floor
3 Las Vegas, Nevada 89120
  (702) 341-5200/Fax: (702) 341-5300
4 Dcohen@wrslawyers.com

5 *Attorneys for Plaintiff*

6 **UNITED STATES DISTRICT COURT**

7 **DISTRICT OF NEVADA, SOUTHERN DIVISION**

8 DONNA LINARDO, | Case No.: 2:17-cv-1372-RFB-PAL

9     Plaintiff,

10    vs.  | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DATE FOR FILING JOINT PRETRIAL ORDER (THIRD REQUEST)**

11 WAL-MART STORES, INC., DOES 1-X, inclusive, and ROE CORPORATIONS I through X, inclusive

13     Defendant.

15     WHEREAS, pursuant to the order of this court (Doc. #60), the parties were to file a Joint

16 Pretrial Order on or before July 13, 2018; and

17     WHEREAS, Plaintiff Donna Linardo treated with surgeon Randall Yee, D.O. on **May 22,**

18 **2018** and Dr. Yee scheduled Plaintiff for knee surgery on J**uly 2, 2018**;

19     WHEREAS, Plaintiff claims that her need for knee surgery was caused by her fall at Wal-

20 Mart which Wal-Mart Stores, Inc. disputes;

21     WHEREAS, the parties wish to schedule a mediation after Plaintiff's **July 2, 2018** knee

22 surgery;

23     WHEREAS, the knee surgery, any rehabilitation and their outcome will affect anticipated

24 mediation;

25     WHEREAS, as a result of the anticipated knee surgery, Defendant Wal-Mart Stores, Inc.

26 and Plaintiff Donna Linardo are in the process of scheduling a mediation date with Greg Hafen,

27 Esq. or another suitable mediator for July 2018 or August 2018;

28     WHEREAS, the parties will utilize the medical documentation from the Plaintiff's July 2,

2018 knee surgery in preparation of the Joint Pretrial Order in the even mediation is unsuccessful;

IT IS HERBY STIPULATED AND AGREED by and between Betsy C. Jefferies, Esq. of the law firm of PHILLIPS, SPALLAS & ANGSTADT LLC, Attorneys for Defendant Wal-Mart Stores, Inc. and Douglas M. Cohen, Esq. of WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP, Attorneys for Plaintiff Donna Linardo, as follows:

That the deadline for filing the Joint Pretrial Order be extended to August 30, 2018.

DATED this 14th day of June, 2018

*/s/ Douglas M. Cohen, Esq.*

DOUGLAS M. COHEN, ESQ.
Nevada Bar No. 1214
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
3556 E. Russell Rd., 2nd Floor
Las Vegas, Nevada 89120

*Attorneys for Plaintiff*
*Donna Linardo*

DATED this 14th day of June, 2018

*/s/ Betsy C. Jefferies, Esq.*

ROBERT K. PHILLPS, ESQ.
Nevada Bar No. 11441
BETSY C. JEFFERIES, ESQ.
Nevada Bar No. 12980
PHILLIPS SPALLAS & ANGSTADT LLC
504 South Ninth Street
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED**: June 21, 2018

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of June, 2018, a true and correct copy of **STIPULATION AND [PROPOSED] ORDER TO EXTEND DATE FOR FILING JOINT PRETRIAL ORDER (THIRD REQUEST)** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/ Melissa Shield*
Melissa Shield, an Employee of
WOLF, RIFKIN, SHAPIRO, SCHULMAN &
RABKIN, LLP