ROBERT K. PHILLIPS
Nevada Bar No. 11441
BETSY C. JEFFERIS
Nevada Bar No. 12980
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
rphillips@psalaw.net
bjefferis@psalaw.net

*Attorneys for Defendant
Walmart Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONNA LINARDO, | Case No.: 2:17-cv-01372-RFB-PAL |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| WAL-MART STORES, INC., READDY ICE CORPORATION; DOES I-X, inclusive; and ROE CORPORATIONS I - X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that party's own costs and attorney's fees.

///

///

///

///

///

///

///

- 1 -

| | |
|---|---|
| DATED this 3rd day of Oct., 2018. | DATED this 3rd day of Oct., 2018 |
| **WOLF RIFKIN SHAPIRO SCHULMAN & RABKIN, LLP** | **PHILLIPS, SPALLAS & ANGSTADT** |
| /s/ Douglas Cohen | /s/ |
| Douglas M. Cohen, Esq. | Betsy C. Jefferis, Esq. |
| Nevada Bar No. 1214 | Nevada Bar No. 12980 |
| 3556 E. Russel Road, 2nd Floor | 504 South Ninth Street |
| Las Vegas, Nevada 89120 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff Donna Linardo* | *Attorneys for Defendant Walmart Inc.* |

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 8th day of October, 2018.

/s/
RICHARD F. BOULWARE, II
United States District Court